# **<u>EXHIBIT A</u>**

| Entity | Bank Account | Bank Acct No. | Transaction Date | Name | Amount |
|---|---|---|---|---|---|
| Citadel Energy Services, LLC | Wells Fargo | 2928 | 8/29/2014 | Abos LLC | $250,000.00 |
| Citadel Energy Services, LLC | 1st International Bank and Trust | 0198 | 9/10/2014 | Abos LLC | $7,692.31 |
| Citadel Energy Services, LLC | 1st International Bank and Trust | 0198 | 9/23/2014 | Abos LLC | $3,846.15 |